JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WARNER,<br><br>  Plaintiff,<br><br>  v.<br><br>U.S. BANK, N.A.,<br><br>  Defendants. | Case No. 5:20-cv-01462 RSWL (SPx)<br><br>(~~PROPOSED~~) **ORDER OF DISMISSAL** |

Pursuant to the Stipulation of Dismissal filed by the parties on August 27, 2021, IT IS HEREBY ORDERED that Plaintiff's causes of action against Defendant U.S. Bank, N.A. are dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: August 31, 2021

/S/ RONALD S.W. LEW
_____
Honorable Ronald S.W. Lew
United States District Judge

Proposed Order of Dismissal